I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-6-12

DEPUTY CLERK

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JAN - 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY YOUNG,<br><br>    Petitioner,<br><br>vs.<br><br>MICHAEL MARTEL, Warden,<br><br>    Respondent. | Case No. CV 11-10342-R (RNB)<br><br>**JUDGMENT** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: Jan. 3, 2012

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE